# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

NAV Consulting Inc.

         Plaintiff,

v.                   Case No.: 1:22–cv–03624
                   Honorable Edmond E. Chang

Abhishek Kumawat, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

    MINUTE entry before the Honorable M. David Weisman: Magistrate Status/Motion hearing held. Discussion held on Plaintiff's motion for sanctions [461]. Ruling set for 8/12/25 at 11:00 a.m. Written ruling to issue by mail. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.